WILLIAM EVANS, Appellant, *v.* JOSEPH ROGERS, Respondent.

(Argued October 13, 1881 ; decided October 25, 1881.)

*Henry W. Wiggins* for appellant.

*Charles H. Winfield* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.